IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

This Document Relates To:
Keene Building Products Corp.
Bankrupt Defendant

ALL ACTIONS
(See attached schedule for case list)

CIVIL ACTION NO. MDL 875

\_\_\_ FILED  \_\_\_ ENTERED
\_\_\_ LODGED  \_\_\_ RECEIVED

JUN 22 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                    DEPUTY

MB-1

86-2327

## ORDER OF DISMISSAL

DEFENDANT, Keene Building Products Corp., having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

MICROFILMED
JUN 22 2000

Date: 6/14/00

BY THE COURT

_Charles R. Weiner_
Charles R. Weiner, Judge

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 06/19/00
ATTEST: _Nicole Piaruello_
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA